UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

GARY DANNA                                              CIVIL ACTION

VERSUS                                                  NO: 11-139

MICHAEL J. ASTRUE,                                      SECTION: R
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

**ORDER**

    The Court, having reviewed *de novo* the complaint,[1] Gary Danna's motion for summary judgment,[2] defendant's motion for summary judgment,[3] the record, the applicable law, the Magistrate Judge's Report and Recommendation,[4] and Danna's objection thereto,[5] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

    In his objections to the Magistrate Judge's Report, Danna has merely reinserted the same language and arguments presented in his summary judgment motion. These contentions were addressed, thoroughly and accurately, in the Magistrate Judge's Report and Recommendation.

---

    [1]    R. Doc. 1.

    [2]    R. Doc. 17.

    [3]    R. Doc. 20.

    [4]    R. Doc. 21.

    [5]    R. Doc. 22.

Accordingly,

Defendant's motion for summary judgment is GRANTED. Danna's motion for summary judgment is DENIED and his petition for review of the final decision of the Commissioner of the Social Security Administration is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of April, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE